Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS







IN RE: CITIFINANCIAL, INC.,


 

 Relator.
§


 


§


 


§


 


§


 


§


 


 § 



No. 08-07-00033-CV



 AN ORIGINAL PROCEEDING

 IN MANDAMUS





MEMORANDUM OPINION



 Pending before the Court is Relator's motion to dismiss this original proceeding pursuant to
Tex.R.App.P. 42.1 because the underlying dispute has been resolved and the issues presented in the
mandamus proceeding are moot. We grant the motion and dismiss the mandamus proceeding.


October 11, 2007 
 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.

Chew, C.J., not participating